1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   YOUNG YIL JO,                              CASE NO. 1:10-cv-02259-OWW-GBC PC

10                    Plaintiff,              ORDER DISMISSING ACTION, WITH
                                             PREJUDICE, FOR FAILURE TO STATE A
11          v.                               CLAIM

12   SIX UNKNOWN NAMES AGENTS, et al.,        (Doc. 1)

13                    Defendants.
                                        /
14

15          Plaintiff Young Yil Jo is a federal prisoner currently housed at the Airpark Unit Correctional

16   Center in Big Spring, Texas.  To date, Plaintiff has filed over one-hundred forty civil cases in this

17   district.  The complaint in this action is rambling and incoherent, and fails to state any cognizable

18   claims under federal law.  Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v.

19   Twombly,  550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007).  Given this litigant's abusive filing

20   practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not

21   warranted.  Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

22          Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

23

24   IT IS SO ORDERED.

25   **Dated:      December 10, 2010**              _____ **/s/ Oliver W. Wanger**_____
                                             UNITED STATES DISTRICT JUDGE
26

27

28

1